**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00506-CV

**FITNESS EVOLUTION, LP, ET AL., Appellants**

**V.**

**HEADHUNTER FITNESS, LLC, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00529-2010**

## ORDER

We **GRANT** appellees James Duggan and Duggan Realty Advisors, LLC's, unopposed

third motion for an extension of time to file their brief. We **ORDER** the brief tendered to this

Court by appellees on December 3, 2013 filed as of the date of this order.

/s/     DAVID LEWIS
          JUSTICE